# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **MICAH ALLEN BAARS** | **DOCKET NUMBER:** 6:23-mj-00005-HBK |

I, **Justin B. Fey,** Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **Micah Allen BAARS** did or was:

> **Count 1:** Present in a park area while under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources in violation of Title 36 Code of Federal Regulations § 2.35(c)
> **Maximum penalty: 6 months imprisonment and/or $5,000 fine**

> **Count 2:** With intent to cause public alarm, nuisance, jeopardy or violence, or knowingly or recklessly creating a risk thereof, such person commits any of the following prohibited acts: Engages in fighting or threatening, or in violent behavior. in violation of Title 36 Code of Federal Regulations § 2.34(a)(1)
> **Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am a commissioned Law Enforcement Officer with the National Park Service. I have been a commissioned Law Enforcement Officer with the National Park Service since 2009. I am a Supervisory Park Ranger, Use of Force Instructor, Standardized Field Sobriety Instructor, and the Field Training Lead for Yosemite National Park. I regularly investigate, detain and arrest suspects for disorderly conduct and being under the influence to a degree they may be a danger to themselves, others, property or natural resources. This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

On April 26th, 2023, at approximately 0014 Yosemite Emergency Communications Center (ECC) received a 911 call reporting an approximately 20 year old male unconscious at "420 Beach" for approximately 10 minutes. The reporting party advised the unconscious male ingested an unknown substance and he was possibly overdosing. Yosemite ECC dispatched Ambulance 6 and U.S. Park Rangers John Hesdon, Brie Vollmer and me, Supervisory Park Ranger Justin Fey.

Speedy Trial Act Applies: **No**　　　　　　　　　　　　　　　　　　　　U.S. v. BAARS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Criminal Complaint

"420 Beach" is a beach area along the Merced River between Stoneman Bridge and Ahwahnee Bridge. This area is a common hang out area for concession employees. Alcohol abuse and substance abuse in this area is common.

From Ahwahnee Bridge I saw headlamps on river right of the Merced River, across the river from 420 Beach.

I arrived on scene and was told by a male the unconscious male, later identified as Micah Allen BAARS, was now awake and talking. Approximately 6 other males were on scene standing near BAARS.

I saw BAARS seated on the ground across from another male. BAARS was slurring his speech when he spoke and I could see swelling under his left eye, a laceration above his left eye and a laceration under his right eye. Standing next to BAARS I could smell the strong distinct odor of alcoholic beverages coming directly from his person. When BAARS looked at me I could see the pupils of both his eyes were dilated even under direct light from an LED flashlight. Dilated pupils can be a sign of intoxication from controlled substances such as psilocybin mushrooms, LSD or "Molly" (MDMA).

When asked what day of the week it was Micah replied, "Sunday".
When asked where he was Micah replied, "Some kinda camp".
When asked what happened before he went unconscious Micah asked me if I wanted specifics which I confirmed and he stated, "comparative".

Probable cause existed BAARS was under the influence to a degree he was a danger to himself, other, property and natural resources.

When asked what happened the male seated across from BAARS explained BAARS had drank a lot of alcohol and was hit hard and possibly kicked in the head by a male named "Manny", who left approximately 30 minutes before.

I assisted BAARS from the ground and attempted to walk him towards the ambulance parked at Stoneman Bridge. BAARS required assistance walking. BAARS was unsteady on his feat, swaying back and forth and he required me to hold him up to walk forward.

Officers Vollmer and Hesdon arrived on scene. Officer Vollmer began interviewing witnesses of the event.

Officer Hesdon and ambulance staff began an assessment of BAARS, who required assistance to sit back down on the ground.

During the assessment BAARS was unable to answer basic questions, was un-cooperative and continued to speak with very slurred speech. BAARS resisted attempts made by EMS personnel to get vitals and basic information about the event and his medical history.

Following her interviews with witnesses Officer Vollmer advised me witnesses on scene described BAARS admitted to them he ingested "Molly" that evening. Witnesses saw BAARS shoving "Manny" with is hands before both "Manny" and BAARS began to throw punches at one another. BAARS eventually lost conscious, due to suspected punches to his head, and he fell to the ground, where I found him.

Probable cause existed BAARS engaged in fighting, threatening, and violent behavior

BAARS was moved to the nearby ambulance under assistance from EMS and law enforcement staff. BAARS refused to walk forward several times and would go limp on the ground. Officer Hesdon and I had to lift and carry BAARS forward to the ambulance. Once in the ambulance BAARS removed buckles holding him safely on the stretcher, attempting to stand up in the ambulance. BAARS had to be physically restrained by restraints on his left arm and by me holding his right hand. During the assessment I confirmed BAARS' pupils were still dilated in a well-lit area and I observed horizontal gaze nystagmus, often an indicator of gross alcohol impairment.

BAARS was cleared by EMS staff, and he refused to be transported via ambulance to a hospital.

I arrested BAARS.

Officer Hesdon completed a search incident to arrest.

Officer Vollmer transported BAARS to Mariposa County Jail. Yosemite ECC confirmed BAARS was on parole and probation for California Penal Code 203, Mayhem.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.


  4/26/2023_____                         /S/ *Justin Fey*_____
Date                                                Ranger: Justin Fey
                                                    Law Enforcement Park Ranger
                                                    Yosemite National Park, CA


Sworn to before me and subscribed in my presence in Yosemite National Park, California.


Speedy Trial Act Applies: **No**                                            U.S. v. BAARS
                                                                        Criminal Complaint

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this ___26th___ day of April, 2023.

04/26/2023

Date

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE